## TABLE OF CONTENTS OF EXHIBITS

| Exhibit No. | Document Type |
|---|---|
| 1 | Class Action Complaint for Damages and Injunctive Relief |
| 2 | Civil Case Cover Sheet |
| 3 | Summons |
| 4 | Notice of Case Assignment |
| 5 | Minute Order |
| 6 | Initial Status Conference Order (Complex Litigation Program) |